## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jose A. Matos aka Jose A. Matos-Arroyo<br>        Kelly M. Matos aka Kelly M. Matos-Orozco<br>                              Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION, its<br>successors and/or assigns<br>                              Movant<br>                vs. | NO. 19-03751 HWV |
| Jose A. Matos aka Jose A. Matos-Arroyo<br>Kelly M. Matos aka Kelly M. Matos-Orozco<br>                              Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>                              Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of FREEDOM MORTGAGE CORPORATION, which was filed with the Court on or about **December 17, 2020** under document number 29.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

December 17, 2020