Rev. Dec 1, 2011

# LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSE A. MATOS<br>KELLY M. MATOS<br><br>                        Debtors<br><br>**Freedom Mortgage Corporation**<br><br>                        Plaintiff/<br>                        Movant<br><br>     vs.<br>JOSE A. MATOS<br>KELLY M. MATOS<br><br>                        Defendants/<br>                        Respondents | CHAPTER     13<br>CASE NO.    1:19-bk-03751-HWV<br>NATURE OF PROCEEDING: **Motion for Relief from Automatic Stay**<br>DOCUMENT No.   34 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
        ☐ Thirty (30) days.
        ☐ Forty-five (45) days.
        ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: **August 23, 2021**          /s/ Andrew Spivack
                                             Attorney for:    Freedom Mortgage Corporation

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.