# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Jose A. Matos | : | |
| Kelly M. Matos | : | |
| Debtors | : | |
| | : | CASE NO. 1:19-bk-03751-HWV |
| Jose A. Matos | : | |
| Kelly M. Matos | : | |
| Movants | : | |
| | : | |
| v. | : | |
| U.S. Department of Housing | : | |
| and Urban Development | : | |
| U.S. Bank National Association | : | |
| c/o Rushmore Loan Management Services | : | |
| Midland Funding, LLC | : | |
| Jack N. Zaharopoulos, Trustee | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, John M. Hyams, Esquire, do hereby certify and affirm that on March 29, 2022, a true and correct copy of the ORDER SETTING RESPONSE DEADLINE AND HEARING DATE OF MOTION FOR SALE FREE AND CLEAR OF LIENS, has been sent either through electronic means, or via first class mail to the following:

| | |
|---|---|
| JACK N. ZAHAROPOULOS, TRUSTEE<br>P.O. Box 410<br>Hummelstown, PA 17036 | UNITED STATES TRUSTEE<br>P.O. Box 969<br>Harrisburg, PA 17108 |
| LAUREN MARIE MOYER<br>Attorney for Creditor<br>U.S. Bank National Association<br>c/o Rushmore Loan Management Services<br>Friedman Vartolo, LLP<br>1325 Franklin Ave. Ste. 160<br>Garden City, NY 11530 | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT<br>451 7th Street S.W.<br>Washington, DC 20410 |
| MIDLAND FUNDING, LLC<br>PO Box 2011<br>Warren, MI 48090 | |

LAW OFFICES OF JOHN M. HYAMS

Date:   March 29, 2022

By:/s John M. Hyams, Esquire
John M. Hyams, Esquire
2023 N. 2nd St.
Harrisburg, PA 17102
(717) 520-0300
jmh@johnhyamslaw.com
Attorney for Debtors