IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:     Jose A. Matos<br>aka Jose A. Matos-Arroyo<br>Kelly M. Matos<br>aka Kelly M. Matos-Orozco<br>            Debtor | Case No.: 1:19-bk-03751-HWV<br><br>Chapter: 13<br><br>Judge: Henry W. Van Eck |
| Rushmore Loan Management Services,<br>LLC as Servicer for U.S. Bank<br>National Association, not in its<br>individual capacity but solely as trustee<br>for RMTP Trust, Series 2021 Cottage-<br>TT-V<br>            Movant | |
| Jose A. Matos<br>aka Jose A. Matos-Arroyo<br>Kelly M. Matos<br>aka Kelly M. Matos-Orozco<br>Jack N Zaharopoulos, Trustee<br>            Respondents | |

## **CONSENT ORDER**

NOW COMES Debtors, Jose A. Matos aka Jose A. Matos-Arroyo and Kelly M. Matos aka

Kelly M. Matos-Orozco ("Debtor"), by and through her counsel, John Matthew Hyams, Esquire,

and Creditor, Rushmore Loan Management Services, LLC as Servicer for U.S. Bank National

Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021

Cottage-TT-V ("Creditor"), by and through its counsel, Friedman Vartolo, LLP, and the parties

consent and agree as follows:

WHEREAS, on September 4, 2019, Debtor filed a Petition under Chapter 13 of the

Bankruptcy Code in the United States Bankruptcy Court for the Western District of Pennsylvania;

WHEREAS, on March 25, 2022, Debtor filed a Motion to Sell the Property located at 312

Lamp Post Lane, Etters, PA 17319 (the "Property");

WHEREAS, on April 11, 2022, Creditor filed a Limited Objection to said Motion to Sell;

WHEREAS, Movant and Debtor are desirous of settling the dispute among and between themselves;

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed by and among counsel for Creditor, by and through its attorneys, Friedman Vartolo, LLP, and Debtor, by and through his/her counsel, John Matthew Hyams, Esquire, as follows:

1.     Debtor has entered into an Agreement of Sale of the Property for the amount of $449,900.00.

2.     The current payoff amount to pay Creditor's loan in full is approximately $186,176.77, good through May 4, 2022. Should the sale of the Property not take place on or before May 4, 2022, Debtor shall request an updated payoff amount from Creditor.

3.     Creditor's Claim shall be paid in full from the proceeds of the sale of the Property, absent further Order of the Court.

4.     Counsel for Debtor has authority to settle this matter on behalf of his/her client(s).

IN WITNESS hereof, the Parties, by their respective, duly authorized, undersigned counsel of record and agent, have cause this Consent Order to be executed this _____ day of _____, 20_____.

BY THE COURT:

_____
Henry W. Van Eck
Bankruptcy Judge

Date: April 19, 2022                /s/ Lauren M. Moyer
                                             Lauren M. Moyer, Esquire
                                             Friedman Vartolo, LLP
                                             *Counsel for Creditor*


Date: April 19, 2022                /s/ John Matthew Hyams
                                             John Matthew Hyams, Esquire
                                             *Counsel for Debtor*


Date: April 22, 2022                /s/
                                             Jack N Zaharopoulos (Trustee)