IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Jose A. Matos<br>aka Jose A. Matos-Arroyo<br>Kelly M. Matos<br>aka Kelly M. Matos-Orozco<br>        Debtor | Case No.: 1:19-bk-03751-HWV<br><br>Chapter: 13<br><br>Judge: Henry W. Van Eck |
| Rushmore Loan Management Services,<br>LLC as Servicer for U.S. Bank<br>National Association, not in its<br>individual capacity but solely as trustee<br>for RMTP Trust, Series 2021 Cottage-<br>TT-V<br>        Creditor | |
| Jose A. Matos<br>aka Jose A. Matos-Arroyo<br>Kelly M. Matos<br>aka Kelly M. Matos-Orozco<br>Jack N Zaharopoulos, Trustee<br>        Respondents | |

## **ORDER**

AND NOW, this _____ day of _____, 2022, it is

hereby ORDERED and DECREED that the Stipulation resolving Creditor, Rushmore Loan

Management Services, LLC as Servicer for U.S. Bank National Association, not in its individual capacity

but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V's Limited Objection to Debtor's Motion

to Sell Property located at 312 Lamp Post Lane, Etters, PA 17319, is APPROVED.


BY THE COURT:


_____
Henry W. Van Eck, Chief Bankruptcy Judge