

John M. Hyams, Esquire
jmh@johnhyamslaw.com

Amelia C. Berdanier, Paralegal
acb@johnhyamslaw.com

Karla E. Flores, Legal Assistant
kef@johnhyamslaw.com

Law Offices Of
John M. Hyams

May 10, 2022

US Bankruptcy Court
228 Walnut Street
Harrisburg, PA 17101

Re: **Change of Address**
**Chapter 13 Bankruptcy**
**Jose A. Matos**
**Kelly M. Matos**
**Case No.: 1:19-bk-03751-HWV**

Dear Sir or Madam:

Please note that the above referenced Debtors wish to have all future correspondence mailed to:
Jose A. Matos
Kelly M. Matos
1707 SW 2nd Terrace
Cape Coral, FL 33991

The Debtors no longer reside at the address listed on the Voluntary Petition:
Jose A. Matos
Kelly M. Matos
312 Lamp Post Ln.
Etters, PA 17319

We thank you in advance for your attention to this matter.

Very truly yours,

**LAW OFFICES OF JOHN M. HYAMS**

John M. Hyams
JMH:acb
Enclosure

2023 N. 2nd Street • Harrisburg, PA 17102 • 717-520-0300
5000 Ritter Road, Mechanicsburg, PA 17055
1099 W. Governor Road, Hershey, PA 17033
259 W. Market Street, York, PA 17401