Certificate Number: 06531-PAM-DE-036832506

Bankruptcy Case Number: 19-03751


06531-PAM-DE-036832506

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>September 14, 2022</u>, at <u>11:31</u> o'clock <u>PM CDT</u>, <u>Jose A Matos</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>September 14, 2022</u>            By:   <u>/s/Seneca Lovett</u>

 

Name:   <u>Seneca Lovett</u>

 

Title:   <u>Credit Counselor</u>