In re:  Case No. 19-03751-HWV
Jose A. Matos  Chapter 13
Kelly M. Matos
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3
Date Rcvd: Sep 16, 2022     Form ID: 3180W     Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jose A. Matos, Kelly M. Matos, 1707 SW 2nd Terrace, Cape Coral, FL 33991-1318 |
| cr | + | Rushmore Loan Management Services, LLC as Servicer, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5242280 | | Arcadia Recovery Bureau, LLC, PO Box 6768, Wyomissing, PA 19610-0768 |
| 5242282 | + | Beautiful Smiles Family Dental Cntr, 564 Old York Rd., Etters, PA 17319-9536 |
| 5242283 | + | Bureau of Account Managment, 3607 Rosemont Ave Ste 502, Po Box 8875, Camp Hill, PA 17001-8875 |
| 5242286 | + | Cby Systems Inc, 33 S Duke St, York, PA 17401-1401 |
| 5424299 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5253532 | + | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5242293 | + | ORTHOPEDIC SURGEONS OF PA, OIP, 3399 Trindle Road, Camp Hill, PA 17011-2286 |
| 5242301 | + | Office of Attorney General, Financial Enforcement, Section, Stra, Harrisburg, PA 17120-0001 |
| 5242294 | #+ | Peerless Credit Services, Inc., PO Box 518, Middletown, PA 17057-0518 |
| 5242295 | + | Penn Credit, Attn: Bankruptcy, Po Box 988, Harrisburg, PA 17108-0988 |
| 5464011 | + | Rushmore Loan Management Services, LLC, c/o FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 5242297 | | UPMC Pinnacle, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5242304 | | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5242298 | | Windham Professionals, Inc., 380 Main St., Salem, NH 03079-2412 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5242281 | + | Email/Text: asi@auditsystemsinc.net | Sep 16 2022 18:36:00 | Audit Systems Incorporated, 3696 Ulmerton Rd., Suite 200, Clearwater, FL 33762-4237 |
| 5242285 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 16 2022 18:36:00 | CarMax Auto Finance, Attn: Bankruptcy, Po Box 440609, Kennesaw, GA 30160 |
| 5242284 | + | EDI: CAPITALONE.COM | Sep 16 2022 22:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5247144 | | EDI: CAPITALONE.COM | Sep 16 2022 22:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5242287 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 16 2022 18:36:00 | Commercial Acceptance Company, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5242288 | | Email/Text: Collections_Bankruptcies@encoreexchange.com | Sep 16 2022 18:36:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5242299 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 16 2022 18:36:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5424300 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 16 2022 18:36:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 5242289 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 16 2022 18:36:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 5269507 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 16 2022 18:36:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 5242300 | | EDI: IRS.COM | Sep 16 2022 22:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5242290 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2022 18:36:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 5266079 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 16 2022 18:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5242291 | + | Email/Text: Bankruptcies@nragroup.com | Sep 16 2022 18:36:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5242292 | + | EDI: NAVIENTFKASMSERV.COM | Sep 16 2022 22:38:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5242303 | | EDI: PENNDEPTREV | Sep 16 2022 22:38:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5242303 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2022 18:36:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5242302 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Sep 16 2022 18:36:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5463737 | + | Email/Text: bkenotice@rushmorelm.com | Sep 16 2022 18:36:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5463738 | + | Email/Text: bkenotice@rushmorelm.com | Sep 16 2022 18:36:00 | U.S. Bank National Association, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-2708, U.S. Bank National Association, c/o Rushmore Loan Management Services 92619-5004 |
| 5242296 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 16 2022 18:32:26 | U.S. Department of Housing and Urba, 451 7th Street S.W., Washington, DC 20410-0001 |
| 5244313 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 16 2022 18:32:26 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 5266258 | | EDI: AIS.COM | Sep 16 2022 22:38:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew L Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 1 Jose A. Matos jmh@johnhyamslaw.com  acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| John Matthew Hyams | on behalf of Debtor 2 Kelly M. Matos jmh@johnhyamslaw.com  acb@johnhyamslaw.com;sew@johnhyamslaw.com |
| Lauren Marie Moyer | on behalf of Creditor Rushmore Loan Management Services  LLC as Servicer for U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V lmoyer@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor Freedom Mortgage Corporation r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jose A. Matos | Social Security number or ITIN xxx–xx–1256 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Kelly M. Matos | Social Security number or ITIN xxx–xx–4202 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19–bk–03751–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jose A. Matos
aka Jose A. Matos–Arroyo

Kelly M. Matos
aka Kelly M. Matos–Orozco

9/16/22

**By the court:**

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**